BARRY LIEBERMAN, ESQ.
Nevada Bar No. 979
3100 Ocean Port Drive
Las Vegas, Nevada 89117
702-503-3300
Email: barrylieberman52@aol.com

Attorney for Defendant
Gaughan South LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual ) <br> ) <br> ) <br> Plaintiff(s) ) <br> ) <br> v. ) <br> ) <br> Gaughan South, LLC ) <br> ) <br> Defendant(s) ) | Civil Action No. 2-17-cv-0587-GMN-GWF |

**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1.1**

The undersigned, attorney of record for Gaughan South LLC, certifies that the following may have a direct, pecuniary interest in the outcome of this case: Gaughan South LLC, and its parent corporations Gaughan South Holding Company LLC. Gaughan South Holding Company LLC is owned by Gaughan Straight Holdings, Inc. and the Michael J. Gaughan Family LLC. Gaughan Straight Holdings, Inc. is owned by the following parties: Michael J. Gaughan and the and the Michael J. Gaughan Irrevocable Dynasty Trust. The Michael J. Gaughan Irrevocable Dynasty Trust has 4 beneficiaries who are also trustees, Katherine Banuelos, Michael John Gaughan III, John Davis Gaughan and William Brendan Gaughan. The Michael J. Gaughan Family LLC is owned by Michael J. Gaughan, Katherine Banuelos, Michael John Gaughan III, John Davis Gaughan and William Brendan Gaughan, the John D. Gaughan Irrevocable Dynasty

Trust I and the John D. Gaughan Irrevocable Dynasty Trust II. Both the John D. Gaughan Irrevocable Dynasty Trust I and the John D. Gaughan Irrevocable Dynasty Trust II have the following beneficiaries Katherine Banuelos, Michael John Gaughan III, John Davis Gaughan and William Brendan Gaughan. Michael J. Gaughan is the Trustee of both trusts.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 15th day of May, 2015

_____
Barry Lieberman, attorney for Defendant
Gaughan South LLC

### CERTFICATE OF SERVICE

The undersigned certifies that a copy of this CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1.1 was served upon the counsel for Plaintiff:

Whitney C. Wilcher, Esq.
The Wilcher Firm
8465 West Sahara Ave. Suite 111-236
Las Vegas, Nevada 89117

through Federal Rule of Civil Procedure 5(b)(2)(e) and LR IC 4-1 on the 15th day of May, 2017.

Dated: May 15, 2017

_____
Barry Lieberman